Jacob L. Grubel, as Trustee, etc., v. John W. Ritchie and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Mary Ost v. Louis Koch and Others.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Louis Peirano v. Charles Barsotti.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The Zinwill Company and Others v. American Purchasing Association and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The Zinwill Company and Others v. Real Estate Improvement Corporation. — Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William W. McLaughlin v. Albert I. Sire.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Carlota B. de Morales v. Ricardo Narganes, as Executor.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Daniel Hoffman v. Ralph Bogart.—Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Farmers' Loan and Trust Company, as Substituted Trustee.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Louis Solomon v. Manhattan and Queens Traction Corporation.—Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Alfred E. Ommen v. Arthur W. Little and Others, as Executors.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Oceanic Investing Company v. Rudolph A. Rodel, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.